## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 476 WAL 2014
                                         :

              Respondent : 

                                : Petition for Allowance of Appeal from the

                                : Order of the Superior Court

              v. :

                                           :

                                           :

ANTHONY HARVEY, :

                                           :

              Petitioner :

## ORDER

**PER CURIAM**

      **AND NOW**, this 11th day of March, 2015, the Petition for Allowance of Appeal is **DENIED**.